# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN WEST AND KAREN TREBES                    NO.  2020 CW 0206

VERSUS

BATON ROUGE GENERAL MEDICAL                    JUN 0 1 2020
CENTER

---

In Re:    Baton Rouge Medical Center, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 633393.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DISMISSED.**    This writ application is dismissed
pursuant to relator's correspondence advising that all claims in
this matter have been settled.

                          PMc
                          JEW
                          GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT